**FILED**

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

JUL 1 2 2011

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

| | | |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>A white 1993 Cadillac Deville, license plate 7RY651<br>and vehicle identification number (VIN)<br>1G6CD53B9P4319916 | ) ) ) ) ) ) ) | Case No.  3:11-mj-00046 |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the        Southern       District of   West Virginia
*(identify the person or describe the property to be searched and give its location)*:

A white 1993 Cadillac Deville, license plate 7RY651 and vehicle identification number (VIN) 1G6CD53B9P4319916

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before     7/21/11
        *(not to exceed 14 days)*

☒ in the daytime  6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
        Cheryl A. Eifert                                .
            *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate* ☐for         days *(not to exceed 30)*.
*box)*
                                                ☐until, the facts justifying, the later specific date of                              .

Date and time issued:   7/7/11 @ 1:50 pm        _____
                                                        *Judge's signature*

City and state:    Huntington, West Virginia       Cheryl A. Eifert, United States Magistrate Judge
                                                        *Printed name and title*

| Return |||
|---|---|---|
| Case No.: 74-N6-79341 | Date and time warrant executed: 7/8/11 9:35 Am | Copy of warrant and inventory left with: Vehicle |

Inventory made in the presence of :
SA Todd A Berry, SA Steve Vigliawco

Inventory of the property taken and name of any person(s) seized:

See Attached FD-597

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7-8-11

_Todd A B____
Executing officer's signature

_Todd A. Berry_
Printed name and title

## ATTACHMENT A

The following is a list of evidence to be seized from the vehicle listed in the attached warrant:

- firearms, ammunition, BB guns, ammunition for BB guns, spare CO2 cartridges, boxes and/or packaging for firearms, and spent shell casings

- ownership and operation records concerning the vehicle

- identification documents such as letters, bills, and the like

- fingerprints, DNA, fibers, blood and other forensic evidence

FD-597 (Rev 8-11-94) Page 1 of ___

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 7A-PG-79341

On (date) July 8, 2011 (7/8/2011)

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Stephen Robinson (Registered owner of vehicle)
(Street Address) 1526 Monroe Ave
(City) Huntington, W.V. 25704

*Items seized from 1993 Cadillac Sedan de Ville belonging to above.

Description of Item(s):
1.) Prestone antifreeze bottle (yellow)
2.) ownership documents
3.) can from center console (Red Bull - empty)
4.) Receipt from Tireland (6/29/2011)
5.) light
6.) floor mat
7.) (vehicle) headliner
8.) fabric from passenger headrest
9.) fabric from driver headrest
10.) control swab
11.) passenger interior handle & arm-rest swab
12.) passenger seat & floorboard swab
13.) passenger seat swab
14.) passenger-side dashboard swab
15.) seat below center console swab
16.) center console swab
17.) passenger interior window swab
18.) steering wheel swab
19.) passenger exterior door swab
20.) driver interior door swab
21.) headlight switch swab
22.) gear shift swab
23.) driver exterior door handle swab

Received By: _____ (Signature)

Received From: SA Steven M. Vigneano FBI WVERT (Signature)